# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 16-10759
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**

October 25, 2017

Lyle W. Cayce
Clerk

JOAN MARIE WILLIAMS,

Petitioner-Appellant

v.

UNITED STATES OF AMERICA,

Respondent-Appellee

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:15-CV-2775

Before REAVLEY, PRADO, and GRAVES, Circuit Judges.

PER CURIAM:[*]

Joan Marie Williams, former federal prisoner # 24135-077, was convicted of conspiracy to launder monetary instruments and to structure financial transactions in violation of 18 U.S.C. § 371 in 1993. The district court denied Williams's third petition for a writ of coram nobis challenging her conviction. The writ of coram nobis is an extraordinary remedy available when a prisoner has completed her sentence and is no longer in custody for purposes of seeking

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

relief under 28 U.S.C. § 2241 and 28 U.S.C. § 2255. *United States v. Dyer*, 136 F.3d 417, 422 (5th Cir. 1998); *see also* 28 U.S.C. § 1651(a). We review the district court's "factual findings for clear error, questions of law de novo, and the district court's ultimate decision to deny the writ for abuse of discretion." *Santos-Sanchez v. United States*, 548 F.3d 327, 330 (5th Cir. 2008), *vacated on other grounds*, 559 U.S. 1046, (2010). Williams has not shown that the district court abused its discretion in denying her petition for a writ of coram nobis.

The judgment of the district court is AFFIRMED.